# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **AMBER TALLEY,** | § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 4:23-cv-00070 |
| **MIDLAND MORTGAGE,** | § § § | |
| *Defendant.* | § § | |

## ORDER OF DISMISSAL ON STIPULATION

The Parties in the above styled and numbered cause of action have filed a Stipulation of Dismissal with prejudice as to Plaintiffs' claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is Ordered that all claims herein and the entire cause asserted by Plaintiff Amber Talley against MidFirst Bank, incorrectly named as Midland Mortgage are dismissed with prejudice.

It is so ORDERED.

SIGNED this the _____ day of _____ 2023.

_____
UNITED STATES DISTRICT JUDGE