Case 4:23-cv-00070   Document 8   Filed on 05/30/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 30, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AMBER TALLEY, § § *Plaintiff,* § § v. § § MIDLAND MORTGAGE, § § *Defendant.* § | Civil Action No. 4:23-cv-00070 |

### ORDER OF DISMISSAL ON STIPULATION

The Parties in the above styled and numbered cause of action have filed a Stipulation of Dismissal with prejudice as to Plaintiffs' claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is Ordered that all claims herein and the entire cause asserted by Plaintiff Amber Talley against MidFirst Bank, incorrectly named as Midland Mortgage are **dismissed with prejudice**.

It is so ORDERED.

SIGNED this the **30th** day of **May** 2023.

_____
UNITED STATES DISTRICT JUDGE